# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
  )
Meco Builders, Inc. )     ASBCA No. 59786
  )
Under Contract No. W91278-10-D-0029 )

APPEARANCE FOR THE APPELLANT:     Douglas L. Tabeling, Esq.
    Smith, Currie & Hancock, LLP
    Atlanta, GA

APPEARANCES FOR THE GOVERNMENT:     Thomas H. Gourlay, Jr., Esq.
    Engineer Chief Trial Attorney
    Laura J. Arnett, Esq.
    Engineer Trial Attorney
    U.S. Army Engineer District, Savannah

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 26 September 2016

ELIZABETH W. NEWSOM
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59786, Appeal of Meco Builders, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals